AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Sergio Amalec Mata-Moncivaiz

United States Courts
Southern District of Texas
FILED
*February 14, 2022*
Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

Case Number: M-22-325-M

IAE   YOB: 2001
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(*Track Statutory Language of Offense*)
the defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Sergio Amalec Mata-Moncivaiz was encountered by Border Patrol Agents near Penitas, Texas on February 12, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on February 12, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on February 8, 2022, through Laredo, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On December 17, 2021, the defendant was convicted of 8 USC 1326, Illegal Re-entry and sentenced to four (4) months confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA Colton Turner
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

February 14, 2022   5:02 PM

/S/ Christian Salmon
Signature of Complainant

Christian Salmon   Border Patrol Agent

Nadia S. Medrano, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer